```
0001
  1            IN THE UNITED STATES DISTRICT COURT
  2            FOR THE WESTERN DISTRICT OF OKLAHOMA
  3   RICHARD FAUST, as the Personal Representative
  4   of the Estate of K.F., ASHLEY FAUST, individually,
  5   and JUSTIN FREDERICK, individually,
  6           Plaintiffs,
  7       -vs-                     Case No. 5:16-CV-00961-F
  8   GENERAL MOTORS, L.L.C., HUDIBURG BUICK-GMC, L.L.C.,
  9   AUTOLIV ASP, INC., and DELPHI AUTOMOTIVE, L.L.C.,
 10           Defendants.
 11   _____/
 12   The video deposition of DAVID PRENTKOWSKI was taken by
 13   the Plaintiffs on Thursday, May 3, 2018, at 2501
 14   Worldgateway Place, Detroit, Michigan, at 10:35 a.m.
 15   APPEARANCES:
 16   DENNEY & BARRETT, P.C.
 17   Jason Robinson
 18   870 Copperfield Drive
 19   Norman, Oklahoma  73072
 20   405.364.8600
 21   jrobinson@dennbarr.com
 22   Appearing on behalf of the Plaintiffs.
 23
 24   Reported by:  Cindy A. Boedy, CSR 4696
 25                Certified Court Reporter


0019
  3   Q.    And then you are the designer of the components
  4         that make up the seat belt assembly, you Autoliv,
  5         correct?
  6   A.    Correct.
  7   Q.    And you're also the manufacturer of that seat
  8         belt assembly, correct?
  9   A.    That's correct.
 10   Q.    And so what Autoliv is doing is designing a seat
 11         belt assembly around the limitations set by the
 12         customer.
 13   A.    Yes, basically.  Again, I get hung up on the word
 14         "design."  Yes, we're designing the components,
 15         we're putting the components together, but the
 16         customer says I need this style webbing with this
 17         kind of elongation, I need this kind of pillar, I
 18         need this -- I want this kind of buckle, I want
 19         this kind of tongue, I want these functions in
 20         the retractor.
 21               So in terms of designing the system,
 22         the designing is the matter of do we have the
 23         right components that we can put together to meet
 24         the customer expectation and functional
 25         requirements.
```

**Exhibit 5**

```
0047
 1   A.    Correct.
 2   Q.    Okay.
 3   A.    I don't know if they exist.
 4   Q.    Okay.  All right.  So after you provide the seat
 5         belt assembly or you provide the quote to General
 6         Motors, then General Motors likely will say, yes,
 7         that's what I want or, you know, maybe I need
 8         something slightly different after they run
 9         testing or do, you know, modeling or anything
10         like that, correct?
11   A.    Correct.
12   Q.    They may make changes to the request?
13   A.    That's correct.
14   Q.    And do you know if they made changes to the
15         request when they first asked for a quote package
16         back in 2006 or 2007?
17   A.    I'm sorry, can you reask that?
18   Q.    Sure.  You understand when General Motors starts
19         designing a vehicle for the 2008 model year that
20         they are not going to request a quote package for
21         the 2008 model year in 2008, correct?
22   A.    That's correct.
23   Q.    They are going to likely go back two or three
24         years, correct?
25   A.    It takes time to develop the vehicle.  It starts
0048
 1         before launch of vehicle, yes.
 2   Q.    Sure.  And so one of the things that have to
 3         develop is the restraint system for the vehicle,
 4         correct?
 5   A.    That's correct.
 6   Q.    And before they ever build a prototype or design
 7         a vehicle, they likely do modeling, correct?
 8   A.    That's correct.
 9   Q.    That's been your experience working with these
10         manufacturers?
11   A.    Yes, it has.
12   Q.    And when you provide -- when you provide the
13         quote package, did they also ask for CAD drawings
14         and modeling information from you?
15   A.    Quite honestly, in the very early stages, again,
16         they pretty much modeled and have an idea of what
17         they are looking for.
18               They are more interested in us building
19         prototype parts so that we can supply parts to
20         them so that they can do the vehicle-level
21         testing to see how well their initial assumptions
22         were working.
23   Q.    Okay.  So they ask you for prototype parts, so
24         that -- after they accept your quote, they are
25         asking for prototype parts, not -- they are not
0049
 1         asking are you to provide the CAD drawings of the
```

```
 2            models?
 3    A.      Not initially, because, again, as you already
 4            explained, it takes time to develop the system.
 5            So we'll put -- again, they will have an idea of
 6            what -- I'm going to focus on the seat belt
 7            assembly portion that includes the retractor.
 8            They model and know what their body-in-white
 9            looks like, how it's going to be attached to the
10            vehicle, or they will use a mule vehicle or they
11            will do some sled testing with some generic
12            fixtures.  And then they will ask us to be able
13            to provide parts to whichever one of those
14            scenarios, mule vehicle or sled fixture, to what
15            their system performance levels they think they
16            need.  What kind of torsion bar, what kind of
17            pretensioner.
18                    We'll begin preparing I'll say generic
19            drawings at the same time we're providing
20            prototype parts for their evaluation, but
21            providing models and parts generally comes later
22            after the design has been, I'll say, determined
23            or settled or satisfied where they are more
24            competent in the level of performance of the
25            parts based on the development testing they are
0050
 1            doing on the overall restraint system.
 2    Q.      I see.  So you do provide the models and
 3            drawings.  You just do it later?
 4    A.      Correct.
 5    Q.      After you've already provided prototypes?
 6    A.      Correct.
 7    Q.      And as the system is getting more mature, that's
 8            when you provide models?
 9    A.      Correct.
10    Q.      So when GM is running those tests, if they decide
11            that, hey, our assumptions were incorrect or our
12            assumptions we need to tweak that, they
13            communicate to you that, hey, we need something
14            slightly different, correct?
15    A.      That's correct.
16    Q.      And so what happens then is you go back and you
17            create a new prototype or a new model for GM and
18            give it back to GM, correct?
19    A.      That's correct.
20    Q.      And so while this seat belt assembly -- and we're
21            going to talk about the seat belt assembly right
22    Q.      Now, you are communicating with them.  I guess
23            using the term "constant" may not be appropriate,
24            but you are communicating with them throughout
25            this process?
0052
 1    A.      There's a regular cadence of product or
 2            production development review meetings between
 3            the Autoliv application engineering team and the
```

```
  4           General Motors vehicle platform team, yes.


0058
  1           during late 2005, 2006, 2007, prior to a 2008
  2           model year introduction.  So that was twelve,
  3           thirteen years ago.  I don't know.
 20   Q.      You're aware that they changed the -- changed the
 21           force required on the force limiter, correct?
 22   A.      Correct.
 23   Q.      They did that several times throughout the life
 24           span of this vehicle, correct?
 25   A.      I believe that's correct.


0062
 11   Q.      And then it has to see the load and in this case
 12           the load is three to four newtons, correct,
 13           kilonewtons?
 14   A.      That's what this paper says, yes.


0074
  1                   MR. ROBINSON:  That will be Exhibit 5.
  2                   THE WITNESS:  You marked that 5.
  3   BY MR. ROBINSON:
  4   Q.      This is a twelve-page document, correct?  Does it
  5           say page 1 of 12 on the front?
  6   A.      Yes.
  7   Q.      And if we look on the second page, it says the
  8           overall general description of changes to the
  9           vehicle.  Do you see that?
 10   A.      Correct.
 11   Q.      It says seat belts for passenger side.  Do you
 12           see that?
 13   A.      I do.
 14   Q.      It says, tortion bar change from 2.5 kilonewtons
 15           to 2 kilonewtons, correct?
 16   A.      It does.
 17   Q.      And it said the revision running change was made
 18           in November of 2010.  Do you see that?
 19   A.      I do.
 20   Q.      And it says the rationale was to reduce chest
 21           compression for the 5th percent female during
 22           35-mile-an-hour front NCAP test.  Do you see
 23           that?
 24   A.      I do.
 25   Q.      Did GM ever communicate to Autoliv the desire to
0075
  1           reduce the chest compression on the 5th
  2           percentile female and ask for suggestions or ways
  3           to do that?
  4   A.      My honest answer is I don't know, but they
```

```
 5            obviously released an engineering change to make
 6            that change from 2.5 to 2.
 7    Q.      I understand they did that.  I'm asking what they
 8            communicated to Autoliv.
 9    A.      There would have been an engineering work order
10            that says change the torsion bar from the
11            original torsion bar to a lower torsion bar.


0082
19    Q.      Generally speaking, when Autoliv designs a seat
20            belt or an air bag, is it aware that there are
21            instances which can render an air bag inoperable?
22                    MR. JENNINGS:  Object to form.
23                    MR. ZUCKERMAN:  Likewise.
24                    THE WITNESS:  I'm still kind of
25            confused by the question.  I mean, air bag
0083
 1            nondeployment is not uncommon, but -- or Autoliv
 2            is aware that air bags occasionally do not deploy
 3            in vehicle systems.  But, again, the air bag or
 4            the pretensioner and any other aspect of the belt
 5            or bags only respond to the inputs that it
 6            receives from the restraint system control
 7            module, which includes the algorithm or
 8            decision-making process or sensors that are
 9            developed by somebody else in General Motors.
10                    So are we aware that air bags
11            occasionally don't deploy, yes, but our products
12            don't make the decision to deploy or not deploy.


0119
23    Q.      It is foreseeable that there would be a situation
24            where an air bag would not fire to Autoliv?
25    A.      I think I just answered that question, yes.


0120
13    Q.      Let's look at something real quick.  You've seen
14            NCAP tests for this vehicle?
15    A.      It's a big document.  I scanned through it very
16            quickly.  I did not read the details of it, no.
17    Q.      All right.  Well, you would agree with me that a
18            35-mile-an-hour collision is a foreseeable
19            collision?
20    A.      Yes.
21    Q.      An NCAP test, right?
22    A.      It is.
23    Q.      So let's look, first of all, it's labeled Autoliv
24            240.  I have an extra copy.  Jim has it.  There
25            you go.
0121
```

```
 1                    MR. JENNINGS:  Page 240?
 2                    MR. ROBINSON:  It's Autoliv 240 is the
 3           -- I need to mark that.  Can I borrow the front
 4           page of that for a second?
 5                    (Exhibit 7 marked.)
 6    BY MR. ROBINSON:
 7    Q.    If we look at page -- or Autoliv 240, we have two
 8          figures on that page, correct?
 9    A.    Correct.
10    Q.    And we see the pretest and posttest, correct?
11    A.    Those are the pictures, yes.
12    Q.    Pretest the seat belt is on the dummy's shoulder,
13          correct?
14    A.    It is.
15    Q.    And it is fairly taut, correct?
16    A.    It appears to be.
17    Q.    And then the seat belt in the second picture is
18          the posttest, correct?
19    A.    That's correct.
20    Q.    And in the first frame or the first one we can
21          see some markers on the seat belt identifying its
22          location, correct?
23    A.    You mean the inch markings, the scrapes at the
24          shoulder?
25    Q.    Yes.
0122
 1    A.    Yes.
 2    Q.    And by the time we get to the second picture
 3          posttest, we don't see those at all, correct?
 4    A.    Correct.  Don't know where they are at, but they
 5          are not in view.
 6    Q.    They are not in view.  And what we can see is
 7          that the seat belt is now hanging loosely,
 8          correct?
 9    A.    It's looser than the pretest picture, yes.
10    Q.    And we see that the air bag has deployed in that
11          picture, correct?
12    A.    Correct.
13    Q.    What gets interesting is when we start looking at
14          the forces on the head and chest of the occupant
15          in that test.
16                    MR. JENNINGS:  Object to form.
17    BY MR. ROBINSON:
18    Q.    If we would go to B14, it's Autoliv 265.
19                    MR. ZUCKERMAN:  I'm sorry, what page?
20    BY MR. ROBINSON:
21    Q.    It says Autoliv 265 on the lower right-hand
22          corner.  You can see the head result in Gs,
23          correct?
24    A.    Yes.
25    Q.    It's 49 Gs, correct?
0123
 1    A.    That's what it says, correct.
 2    Q.    And then if we turn a couple pages to 267, we can
```

```
 3           see the chest result.
 4   A.      Okay.
 5   Q.      See that?  That's almost 46 Gs, right?
 6   A.      The chest resultant?
 7   Q.      Yes, page 267.  So we're between -- the head --
 8           the head is seeing 49 Gs; the chest is seeing 46
 9           Gs.  If we just call it 46 Gs for the head and
10           chest which is the portion of the torso that's
11           going to be moving against the -- or the portion
12           of the body weight that's going to be moving
13           against the shoulder portion of the belt,
14           correct?
15   A.      Correct.
16   Q.      And we assume that that's what, roughly half of
17           the body weight of the individual?  Is that a
18           fair assumption?
19   A.      Can you repeat that again?
20   Q.      Sure.  Is it fair to assume that the head and the
21           torso portion of the dummy is about half the
22           weight of the dummy?
23   A.      Yes, approximate.
24   Q.      Is it a little bit more, actually, than half?
25   A.      I don't have an exact value.  I think you're
0124
 1           correct approximately, but I don't know exactly
 2           what that value is.
 3   Q.      If we call that 46 Gs on interacting with 50
 4           pounds, 108-pound dummy, correct?  That's what a
 5           5th percentile is?
 6   A.      Yes.
 7   Q.      So a 50 -- or 46 Gs acting on, say, roughly 50
 8           pounds?
 9   A.      Okay.
10   Q.      That's 2300 pounds, correct?
11   A.      Correct.
12   Q.      And so it's entirely foreseeable -- you agreed
13           that the 35-mile-an-hour crash is entirely
14           foreseeable, correct?
15   A.      Thirty-five-mile-per crashes do happen.
16   Q.      Yes.  And it's entirely foreseeable that --
17           you've agreed with me that an air bag may not
18           deploy, correct?
19   A.      Yes.
20                   MR. ZUCKERMAN:  I'm going to object to
21           the form of the question.  We don't know anything
22           about the circumstances. I shouldn't have said
23           the extra part.  I apologize.  I object to form.
24                   MR. ROBINSON:  That's fine.  And here,
25           I'll rephrase the question.
0125
 1   BY MR. ROBINSON:
 2   Q.      It's entirely foreseeable in a 35-mile-an-hour
 3           crash that for a variety of reasons an air bag
 4           may not fire, correct?
```

```
 5   A.    It is possible for that to occur, yes.
 6   Q.    And Autoliv has seen that happen?
 7   A.    I don't know that Autoliv has seen that happen.
 8         I mean, it is possible to occur.
 9   Q.    Well, let me rephrase that.  Autoliv has been
10         involved with cases where that has occurred?
11   A.    An air bag nondeployment, yes.
12   Q.    Yes, yes.  It is something that Autoliv has been
13         involved with and has litigated about?
14              MR. JENNINGS:  Object to the form.
15   BY MR. ROBINSON:
16   Q.    Correct?
17   A.    Yes.
18   Q.    Now, you said that was 2300 pounds of force,
19         right?
20   A.    I think that's what you said.
21   Q.    And with a load limiter that you only have to put
22         600 pounds of force on, where is the dummy's head
23         and torso going?
24   A.    They are moving forward.
25   Q.    Towards the dash?
0126
 1   A.    They are moving forward.  Where they are going is
 2         not a simple answer, because there are a lot of
 3         other things going on in the vehicle.
 4   Q.    In a frontal, pure frontal crash?
 5   A.    I'll repeat, they are going forward.
 6   Q.    In the NCAP test, if you do not have passenger
 7         air bag deployment, the dummy's head and torso
 8         are moving towards the dashboard, are they not?
 9   A.    They are moving forward, yes.
10   Q.    Yes.  And they will continue moving forward as
11         long as that load is placed on the belt, correct?
12   A.    As long as the load exceeds the load-limiting
13         value of the retractor, the retractor will
14         continue to pay out webbing at that controlled
15         rate, yes.
16   Q.    And so as long as it exceed 600 pounds, it's
17         going to continue to pull out that load, correct?
18   A.    Correct.
19   Q.    And it's going to continue to do so in a
20         35-mile-an-hour NCAP test until something arrests
21         the head and torso of the dummy, correct?
22   A.    Correct.
23   Q.    And so if the air bag isn't there, the only thing
24         to arrest the head and torso of the dummy is the
25         dashboard.
0127
 1              MR. ZUCKERMAN:  Object to form.
 2              THE WITNESS:  It's possible.
 3   BY MR. ROBINSON:
 4   Q.    What else is there?
 5   A.    It depends on the position of the dummy.
 6   Q.    Well, that's an interesting question, because the
```

```
 7            NCAP test gives you a very specific position of
 8            the dummy, doesn't it?
 9   A.       No.  At the start of the test it does.
10   Q.       Yes.
11   A.       But how the dummy moves during a crash event is
12            not always easily predictable.
13   Q.       Well, the head and torso of that dummy are going
14            to move forward against that belt and are going
15            to continue to pull that belt out until such time
16            as something arrests the head and torso.  Am I
17            correct?
18   A.       Yes.
19   Q.       And only thing in front of the head and torso if
20            you don't have an air bag is the dashboard?
21                  MR. ZUCKERMAN:  Object to form.
22                  THE WITNESS:  In general terms, yes.
23   BY MR. ROBINSON:
24   Q.       And so the head and torso are going to go into
25            the dashboard if there's no air bag.
0128
 1                  MR. JENNINGS:  Object to form.
 2   BY MR. ROBINSON:
 3   Q.       Correct?
 4   A.       It's possible.
 5   Q.       And Autoliv was aware of this before it released
 6            the seat belt in 2012?  I guess, actually, let me
 7            strike that.
 8                  Released the seat belt in 2011.
 9   A.       Well, I honestly don't know what Autoliv was
10            aware of or with this specific vehicle an
11            application.
12                  Again, in general terms, if there's no
13            air bag an occupant will continue to move.  But


0151
 1   BY MR. ROBINSON:
 2   Q.       So can we agree that assuming that the air bag
 3            does not fire in that NCAP test and that the
 4            dummy's head, torso, and neck, the only thing in
 5            front of it to stop it is the dashboard, correct?
 6            That's what's going to be there to stop them,
 7            correct?
 8   A.       Correct.
 9   Q.       I'm not going to ask you to be an expert
10            biomechanist, an expert anything.  I'm not going
11            to ask you to tell me what injury values you're
12            going to get.  I'm just going to ask you to use
13            your background with the engineering.  You had to
14            take a lot of physics to be an engineer, right?
15   A.       Yep.
16   Q.       Yes.  And Newton's laws of motion say that an
17            object in motion is going to remain in motion
18            until acted upon but an outside force, right?
```

```
19   A.   Correct.
20   Q.   Now, the only outside force, if that seat belt is
21        spooling out because it only requires 600 pounds
22        of force to pull out and you have 2300 pounds of
23        force acting on it, the only thing to stop it is
24        whatever is in front of the person or the dummy,
25        correct?
0152
 1   A.   That's correct, but I'm also going to repeat what
 2        I mentioned earlier that based on the basic
 3        physics of the crash where you start at an
 4        initial velocity of -- relative velocity of zero,
 5        you reach a peak lower acceleration and as energy
 6        is being absorbed, the velocity slows down.
 7                  So while you may contact that dashboard
 8        in front of you, I have no way to know or predict
 9        at what speed or what force or what injury-level
10        criteria contact may or may not occur.  I've
11        never seen this vehicle being tested without an
12        air bag.
13                  I would assume that the occupant is
14        going to move further than it does without an air
15        bag.  But, yes, dashboard is in front of you.
16        Potentially you contact the dashboard.  I don't
17        know if that means injury.


0153
 1        bag.  It's a lot of other things in the car and
 2        they are designed to work together.
 3                  So the seat belt is doing exactly what
 4        was specified and asked of it to do.  It locks.
 5        It initially restrains the occupant.  It provides
 6        a load-limiting force to that occupant for as
 7        long as that force level is applied and is not a
 8        failure of the seat belt assembly.  It's doing
 9        what it's designed to do.
10   Q.   That is not the question I asked.  I asked about
11        the system.  I understand that the entire system
12        has to work together.  I understand that's what
13        your position is.  My question is, can we agree
14        that if an occupant hits her head sufficient to
15        cause fatal injuries into a dashboard because her
16        air bag didn't deploy and she didn't get the full
17        benefit of the full system that the restraint
18        system failed her?
19                  MR. JENNINGS:  Object to the form of
20        the question.  If you can answer, go ahead.
21                  THE WITNESS:  If there was no air bag
22        deployment, the restraint system as an overall
23        occupant protection device did not do what it was
24        originally designed to do.
```

```
0166
  1            in most vehicle manufacturers' owner's manuals.
  2    Q.      Do you know if it's in this one?
  3    A.      I believe from the General Motors deposition, he
  4            said that it was.
  5    Q.      Have you read this owner's manual?
  6    A.      I personally have not.
  7    Q.      Can you and I agree that there are design options
  8            available to Autoliv and to GM that can limit the
  9            total amount of webbing that can pay out in a
 10            wreck?
 11    A.      There are designs that will limit the amount of
 12            webbing payout, yes.
 13    Q.      And Autoliv has some of those, correct?
 14    A.      I'm sorry, I'm sorry.  I have a cramp.  I
 15            apologize.
 16                    MR. ROBINSON:  Let's take a quick
 17            break.
 18                    VIDEO OPERATOR:  Off the record at
 19            3:23 p.m.
 20                    (Off the record.)
 21                    VIDEO OPERATOR:  Back on the record.
 22            The time is 3:26 p.m.
 23    BY MR. ROBINSON:
 24    Q.      Sir, before we went off the record I was asking
 25            you about ways that you could limit the webbing
0167
  1            payout of this torsion bar or a torsion bar, and
  2            one of the ways you can do that is to put just a
  3            stop on the torsion bar after a certain point of
  4            webbing.  You just stop it and don't allow any
  5            more webbing to come out, correct?
  6    A.      There's a device called a stopper mechanism.  It
  7            doesn't act directly on the torsion bar, but,
  8            yes, you can limit the number of turns on the
  9            spindle.
 10    Q.      Another way you can limit the amount of webbing
 11            payout is to use a stronger torsion bar, correct?
 12    A.      That's correct.
 13    Q.      And then we've already talked about it a little
 14            bit, but the feature that was in 2008 would be the
 15            digressive feature would be one way to stop it
 16            also, correct?
 17    A.      It doesn't stop webbing payout.  It just changes
 18            the load-limiting characteristic with a higher
 19            restraint force at the beginning and slightly
 20            lower restraint force at some point during the
 21            event.


0172
  1    Q.      Did Autoliv ever tell GM that that's the -- that
  2            the limits on this force limiter that the limit
  3            to the amount of spool-out is the amount of
```

```
 4            webbing on the spool?
 5     A.     I think I answered before.  General Motors has a
 6            lot of very smart people in their crashworthiness
 7            function.  They know how load-limiting retractors
 8            work and they know that function of the limiting
 9            retractor.  So did we actively tell them, no, but
10            they know that.
11     Q.     So the answer to my question is did you tell them
12            is no?
13     A.     No.  It's correct; it's no.
14     Q.     And you just relied on GM to know what you had
15            and to know what could be done.
16     A.     They are designing the restraint system.  Yes,
17            they know.
18     Q.     Does Autoliv send GM advertisements, catalogs, or
19            any kind of material to tell GM what the options
20            are in the -- for the seat belt system?
21     A.     We don't publish catalogs or advertise.  If a
22            customer is interested in a technology, they
23            typically arrange a technology review meeting.
24            And your follow-up question was did we ever have
25            a technology review meeting, and I'm sure we did.
0173
 1            I couldn't tell you exact time or date or who was
 2            there, but I'm certain that we do, we do that on
 3            a regular basis with all our customers.


0173
16     Q.     Now, tell the jury what a Z-type retractor was.
17     A.     A Z-type retractor?  Autoliv many years ago had a
18            joint venture with a Japanese seat belt company
19            called NSK.  Over the years, Autoliv actually
20            purchased NSK.  One of the NSK retractor types
21            was what they called a Z-type retractor.
22     Q.     And you told us the history of the Z type, but
23            you didn't tell me what the Z-type retractor is.
24     A.     It's capable of load limiting and stopper
25            function.
0174
 1     Q.     And that was something Autoliv had available in
 2            2006 when GM was designing the 2008 to 2012 Chevy
 3            Malibu?
 4     A.     Correct.
 5     Q.     And that was something that they have for the
 6            2012 Malibu, correct?  Still available?
 7     A.     Sorry.
 8     Q.     The Z-type retractor was still available for the
 9            2012 Malibu, correct?
10     A.     Z-type retractor I think was no longer being made
11            available, but we did have other retractors with
12            stopper functions.
13     Q.     So you had something with a similar function
14            then?
```

15   A.    Correct.