## COURTROOM MINUTE SHEET

DATE _____10-5-18_____

CIVIL NO. _____CIV-16-961_____ –F

### Richard Faust, as the Personal Representative of the Estate of K.F., Ashley Faust, individually, and Justin Frederick, individually
-vs-
### General Motors, LLC, et al.

COMMENCED _____1:15_____   ENDED _____2:30_____   TOTAL TIME _____3 hr. 20 min._
COMMENCED _____2:45_____   ENDED _____4:50_____

PROCEEDINGS _____Daubert hearing_____

JUDGE STEPHEN P. FRIOT        DEPUTY RAVEN McDANIEL        REPORTER TRACY WASHBOURNE

PLF COUNSEL _____Jason Robinson and Richard Denney_____

DFT GENERAL MOTORS COUNSEL ___Andrew Richardson and Jason McVicker_____

DFT AUTOLIV ASP COUNSEL _____Derrick Teague and Haylie Treas_____ _____

The court hears arguments of counsel.

Witness for Plaintiff: Neil Hanneman (sworn)

Plaintiff's counsel presents PowerPoint to the court.

Defendant Autoliv ASP, Inc.'s Motion to Exclude Expert Testimony of Neil Hannemann Under *Daubert* (doc.no. 86) is **DENIED**, for the reasons set out on the record.

General Motors LLC's Motion to Exclude the Testimony of Plaintiffs' Witness Neil Hannemann (doc. no. 88) is **DENIED**, for the reasons set out on the record.

Plaintiff asks the court for a settlement conference.

The court states that counsel will need to hire a mediator.

16-0961x001.docx