# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FAUST, as the Personal Representative of the Estate of K.F., ASHLEY FAUST, individually, and JUSTIN FREDERICK, individually, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOLIV ASK, INC., <br><br> Defendant. | Case No. CIV-16-0961-F |

## ORDER RE REFERENCES TO WRITTEN WARNINGS

Plaintiffs' motion in limine with respect to age-related warnings was argued, and granted, on November 30, 2018. For the reasons stated by the court on the record at that hearing, there will be no reference at the trial of this case to the written warning on the visor of the subject automobile or in the owner's manual (or, for that matter pulled from the internet). In ruling on the objections to the designated deposition testimony, the court may have inadvertently overruled one or more objections to testimony referring to the written warnings. Not withstanding the overruling of any such objection, no testimony, by deposition or otherwise, with respect to the written warnings will be offered or received.

IT IS SO ORDERED this 30th day of November, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0961p028.docx